| United States Bankruptcy Court<br>*EASTERN* DISTRICT OF *MICHIGAN* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Byrne, Michael J.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **5012** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>*3548 Prescott Drive*<br>*Howell MI*     ZIPCODE *48843-6967* | Street Address of Joint Debtor (No. & Street, City, and State):<br>    ZIPCODE |
|---|---|
| County of Residence or of the<br>Principal Place of Business: *Livingston* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*428 Topaz Circle*<br>*Whitmore Lake MI*     ZIPCODE *48189* | Mailing Address of Joint Debtor (if different from street address):<br>    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*     ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Michael J. Byrne* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td colspan="2"><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition</td>
<td colspan="2">(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b> _____  *09/08/2008*<br>Signature of Attorney for Debtor(s)         Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Michael J. Byrne* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Michael J. Byrne*
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*09/08/2008*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

09/08/2008
(Date)

### Signature of Attorney*

**X** */s/ Kimberly Ross Clayson*
Signature of Attorney for Debtor(s)

*Kimberly Ross Clayson P69804*
Printed Name of Attorney for Debtor(s)

*Schneider Miller P.C.*
Firm Name

*645 Griswold*
Address

*Suite 3900*

*Detroit MI  48226*

*(313) 237-0850*
Telephone Number

*09/08/2008*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*09/08/2008*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re  *Michael J. Byrne*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      210,000.00 | | |
| B-Personal Property | *Yes* | *3* | $       83,503.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      336,992.76 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *22* | | $    1,152,619.29 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *11* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        1,650.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        6,564.33 |
| TOTAL | | *44* | $      293,503.00 | $    1,489,612.05 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Michael J. Byrne*                    Case No.

                                            Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C.  § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Michael J. Byrne*
       Case No. _____

Debtor                                   (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___45___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/8/2008* _____      Signature */s/ Michael J. Byrne* _____

                                       *Michael J. Byrne*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _Michael J. Byrne_____ ,     Case No._____
          Debtor(s)                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _3548 Prescott Drive, Howell, MI_ | | | $ 210,000.00 | $ 210,000.00 |
| | | **TOTAL $** (Report also on Summary of Schedules.) | _210,000.00_ | |

No continuation sheets attached

In re _Michael J. Byrne_____,  Case No. _____

　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _Cash_ | | $ 5,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _TCF Bank - Checking Account_ | | $ 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Typical Household Goods - nothing individually more than $500.00_ | | $ 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _Typical Clothing_ | | $ 2,000.00 |
| 7. Furs and jewelry. | | _Typical jewelry_ | | $ 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | _.45 Handgun_ | | $ 300.00 |
| | | _Golf clubs_ | | $ 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _Term Life Insurance - beneficiaries are debtor's children_ | | $ 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | _401(k) Account_ | | $ 40,000.00 |

Page ___1___ of ___3___

In re __Michael J. Byrne_____ ,    Case No. _____

                                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Dublin Enterprises, LLC, Debtor is 51 percent owner* | | $ 1.00 |
| | | *Sierra Trucking, Inc. - Debtor is 100 percent owner. Company is currently defunct.* | | $ 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *9/12 of tax refund* | | *Unknown* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2004 Harley Davidson* | | $ 12,000.00 |
| 26. Boats, motors, and accessories. | | *2004 22' Chaparelle* | | $ 20,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Page __2__ of __3__

In re _Michael J. Byrne_ _____ ,     Case No. _____

                   Debtor(s)                                                               (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➤ | $ 83,503.00 |

(Report also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

08-33664-dof    Doc 1    Filed 09/08/08    Entered 09/08/08 12:03:53    Page 10 of 72

In re **Michael J. Byrne** , Case No. _____
_____
Debtor(s)   (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)
☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | 11 USC 522(d)(5) | $ 5,000.00 | $ 5,000.00 |
| TCF Bank - Checking Account | 11 U.S.C. § 522(d)(5) | $ 200.00 | $ 200.00 |
| Typical Household Goods | 11 USC 522(d)(3) | $ 2,000.00 | $ 2,000.00 |
| Typical Clothing | 11 USC 522(d)(3) | $ 2,000.00 | $ 2,000.00 |
| Typical jewelry | 11 USC 522(d)(4) 11 U.S.C. § 522(d)(5) | $ 1,350.00 $ 150.00 | $ 1,500.00 |
| .45 Handgun | 11 USC 522(d)(3) | $ 300.00 | $ 300.00 |
| Golf clubs | 11 USC 522(d)(3) | $ 500.00 | $ 500.00 |
| Term Life Insurance | 11 USC 522(d)(7) | $ 1.00 | $ 1.00 |
| 401(k) | 11 USC 522(d)(12) | $ 40,000.00 | $ 40,000.00 |
| Dublin Enterprises, LLC | 11 U.S.C. § 522(d)(5) | $ 1.00 | $ 1.00 |
| Sierra Trucking, Inc. | 11 U.S.C. § 522(d)(5) | $ 1.00 | $ 1.00 |
| 9/12 of tax refund | 11 USC 522(d)(5) | $ 5,125.00 | Unknown |

In re _Michael J. Byrne_____,     Case No._____

                    **Debtor(s)**                                                                  **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _6702_  Creditor # : 1 Bank of America PO Box 15726 Atlanta GA 30353-8610 | | _2004 22' Chaparelle_  Value: $ 20,000.00 | | | | $ 33,300.00 | $ 13,300.00 |
| Account No: _9475_  Creditor # : 2 Countrywide Homeloans PO Box 650070 Dallas TX 75265-0070 | | Value: $ 210,000.00 | | | | $ 46,153.53 | $ 46,153.53 |
| Account No: _9563_  Creditor # : 3 Countrywide Homeloans PO Box 650070 Dallas TX 75265-0070 | | Value: $ 210,000.00 | | | | $ 244,810.22 | $ 34,810.22 |

_1_ continuation sheets attached

|  | Subtotal $ (Total of this page) | $ 324,263.75 | $ 94,263.75 |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re <u>Michael J. Byrne</u>                                    ,          Case No._____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *9824*<br><br>*Creditor # : 4*<br>*Harley Davidson Credit*<br>*8592 Innovation Way*<br>*Chicago IL 60682-0085* | | *2004 Harley Davidson*<br><br>Value: *$ 12,000.00* | | | | *$ 12,729.01* | *$ 729.01* |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |

Sheet no. 1  of  1   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | Subtotal $<br>(Total of this page) | $ 12,729.01 | $ 729.01 |
|---|---|---|---|
| | Total $<br>(Use only on last page) | $ 336,992.76 | $ 94,992.76 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

**In re** <u>Michael J. Byrne</u>                                    ,        **Case No.** _____
                     **Debtor(s)**                                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

In re _Michael J. Byrne_ ,      Case No._____
        **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | X | | X | X | | $ 1,060.00 |
| Creditor # : 1 11 Mile Truck 1750 E. 11 Mile Road Madison Heights MI 48071 | | Business Vendor | | | | |
| Account No: | X | | X | X | | $ 294.23 |
| Creditor # : 2 1st Ayd 1325 Gateway Drive Elgin IL 60123 | | Business vendor possible guaranty | | | | |
| Account No: | X | | X | X | | $ 13,387.00 |
| Creditor # : 3 A & E Agg of Canton Inc. 3448 W. 11 Mile Road Berkley MI 48072 | | Business vendor possible guaranty | | | | |
| Account No: | X | | X | X | | $ 218.87 |
| Creditor # : 4 Absopure Water Company Dept. 11 168656 PO Box 701760 Plymouth MI 48170 | | Business vendor possible guaranty | | | | |

_21_ continuation sheets attached                                                   **Subtotal $**     | $ 14,960.10 |

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael J. Byrne_ ,  Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 Advanced Electronics 200 E. Grand River Brighton MI 48116 | X | | *Business vendor possible guaranty* | X | X | | $ 105.00 |
| Account No: Creditor # : 6 Aggregate Industries Central PO Box 933105 Atlanta GA 31193 | X | | *Business vendor possible guaranty* | X | X | | $ 59,972.77 |
| Account No: Creditor # : 7 Airgas Great Lakes PO Box 802576 Chicago IL 60680-2576 | X | | *Business vendor possible guaranty* | | | | $ 411.16 |
| Account No: Creditor # : 8 All Points 275 Broadhollow Road Melville NY 11747 | X | | *Equipment Loans* | | | | *Unknown* |
| Account No: Creditor # : 9 AT&T PO Box 8100 Aurora IL 60507-8100 | X | | *Business vendor possible guaranty* | | | | $ 365.55 |
| Account No: Creditor # : 10 Atlas Oil Company PO Box 672992 Detroit MI 48267-2992 | X | | *Business vendor possible guaranty* | X | X | | $ 152,871.02 |

Sheet No. _1_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 213,725.50

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ _____ ,      Case No._____
                  **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 11 <br> Auto Truck Equipment Company <br> 15970 Common Road <br> Roseville MI 48066 | X | | Business vendor possible guaranty | X | X | | $ 1,951.30 |
| Account No: 5491 <br> Creditor # : 12 <br> Bank of America <br> PO Box 15726 <br> Wilmington DE 19886-5726 | | | Credit Card Purchases | | | | $ 10,116.15 |
| Account No: <br> Creditor # : 13 <br> Bank of America <br> PO Box 26078 <br> Greensboro NC 27420 | X | | Small Business LOC | | | | *Unknown* |
| Account No: 8225 <br> Creditor # : 14 <br> Bank of America <br> PO Box 15710 <br> Wilmington DE 19850 | X | | Business Credit Card Account | | | | $ 1,247.15 |
| Account No: <br> Creditor # : 15 <br> Belle Tire <br> PO Box 64000 <br> Detroit MI 48264-1612 | X | | Business vendor possible guaranty | X | X | | $ 12,260.71 |
| Account No: <br> Creditor # : 16 <br> BJ Forest Trucking, Inc. <br> PO Box 116 <br> Metamora MI 48455 | X | | Business vendor possible guaranty | X | X | | $ 4,494.26 |

Sheet No. __2__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            **Subtotal $**        $ 30,069.57

                                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Michael J. Byrne* _____ ,  Case No._____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Bridgestone Firestone Retail <br> 2727 Lippincott <br> Flint MI 48507 | X | | *Business vendor possible guaranty* | X | X | | $ 5,358.61 |
| Account No: <br> Creditor # : 18 <br> Brighton Ford <br> 8240 W. Grand Blvd <br> Brighton MI 48114 | X | | *Business vendor possible guaranty* | X | X | | $ 4,085.48 |
| Account No: <br> Creditor # : 19 <br> Brighton Garage Door <br> 4556 Richardson Road <br> Howell MI 48843 | X | | *Business vendor possible guaranty* | X | X | | $ 225.00 |
| Account No: <br> Creditor # : 20 <br> C&M Wire Rope & Supply <br> 3347 E. Bristol Road <br> Burton MI 48529 | X | | *Business vendor possible guaranty* | X | X | | $ 708.65 |
| Account No: <br> Creditor # : 21 <br> CAM <br> PO Box 3204 <br> Bloomfield Hills MI 48302-3204 | X | | *Business vendor possible guaranty* | X | X | | $ 3,562.30 |
| Account No: 9540 <br> Creditor # : 22 <br> Capital One <br> PO Box 5294 <br> Carol Stream IL 60197 | X | | *Small Business Loan* | | | | $ 7,569.86 |

Sheet No. __3__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 21,509.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ _____ ,      Case No._____
           **Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *1530* <br> *Creditor # : 23* <br> *Capital One* <br> *PO Box 105131* <br> *Atlanta GA 30348* | X | | *Small Business Loan* | | | | $ 11,504.48 |
| Account No:  *1530* <br> *Representing:* <br> *Capital One* | | | *Coface Collections N. America* <br> *PO Box 8510* <br> *Metairie LA 70011-8510* | | | | |
| Account No: <br> *Creditor # : 24* <br> *Cat Financial* <br> *2120 West End Ave.* <br> *PO Box 34001* <br> *Nashville TN 37203* | X | | *Equipment Loans* | | | | *Unknown* |
| Account No: <br> *Creditor # : 25* <br> *CBA Tire* <br> *PO Box 5948* <br> *Carol Stream IL 60197* | X | | *Business vendor possible guaranty* | X | X | | $ 3,562.30 |
| Account No: <br> *Creditor # : 26* <br> *Charter* <br> *PO Box 3019* <br> *Milwaukee WI 53201* | X | | *Business vendor possible guaranty* | X | X | | $ 179.98 |
| Account No:  *9831* <br> *Creditor # : 27* <br> *Chase* <br> *PO Box94014* <br> *Palatine IL 60094-4014* | | | *Credit Card Purchases* | | | | $ 10,507.37 |

Sheet No. __4__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                **Subtotal $**      $ 25,754.13

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_____,     Case No._____
               **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 28<br>Cintas<br>PO Box 511110<br>Livonia MI 48151 | X | | Business vendor possible guaranty | X | X | | $ 97,260.67 |
| Account No:<br><br>Creditor # : 29<br>Citizens Bank<br>27725 Stansbury, Suite 195<br>Farmington MI 48334 | X | | Business Equipment Loans/LOC | | | | *Unknown* |
| Account No:    3366<br><br>Creditor # : 30<br>Citizens Bank<br>PO Box 4104406<br>Salt Lake City UT 84141 | X | | Business Credit Card Account | | | | $ 17,698.15 |
| Account No:<br><br>Creditor # : 31<br>Concentra Medical Centers<br>PO Box 5106<br>Southfield MI 48086 | X | | Business vendor possible guaranty | X | X | | $ 595.00 |
| Account No:<br><br>Creditor # : 32<br>Cronatron Welding<br>5203 Paysphere Circle<br>Chicago IL 60674 | X | | Business vendor possible guaranty | X | X | | $ 893.43 |
| Account No:<br><br>Creditor # : 33<br>Culver Excavating<br>3113 N. Wallace Road<br>Webberville MI 48892 | X | | Business vendor possible guaranty | X | X | | $ 3,056.69 |

Sheet No. _5_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 119,503.94

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ _____ ,   Case No. _____
                 **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 34 <br> Delvins Tech Supply <br> 60475 Trebor <br> South Lyon MI 48178 | X | | Business vendor possible guaranty | X | X | | $ 1,403.39 |
| Account No: <br> Creditor # : 35 <br> Duncan Disposal Systems LLC <br> PO Box 727 <br> South Lyon MI 48178 | X | | Business vendor possible guaranty | X | X | | $ 277.00 |
| Account No: <br> Creditor # : 36 <br> E. Michigan Trailer Sales <br> 3960 West Ford Street <br> Detroit MI 48216 | X | | Business vendor possible guaranty | X | X | | $ 1,105.34 |
| Account No: <br> Creditor # : 37 <br> Eastern Michigan Kenworth <br> 3031 Wyoming <br> Dearborn MI 48120 | X | | Business vendor possible guaranty | X | X | | $ 1,541.68 |
| Account No: <br> Creditor # : 38 <br> ExSpec <br> 1070 Grant Street <br> Fenton MI 48430 | X | | Business vendor possible guaranty | X | X | | $ 2,908.37 |
| Account No: <br> Creditor # : 39 <br> Fastenal <br> PO Box 978 <br> Winona MN 55987-0978 | X | | Business vendor possible guaranty | X | X | | $ 867.49 |

Sheet No. _6_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 8,103.27

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_____ ,     Case No._____
　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 40 <br> Fenton Sand & Gravel <br> 11195 Denton Hill Road <br> Fenton MI 48430 | X | Business vendor possible guaranty | X | X | | $ 14,318.74 |
| Account No:  0977 <br> Creditor # : 41 <br> FIA Card Services <br> PO Box 15726 <br> Wilmington DE 19886-5726 | | Credit Card Purchases | | | | $ 9,292.89 |
| Account No:  6715 <br> Creditor # : 42 <br> First Equity <br> PO Box 23029 <br> Columbus GA 31902 | X | Business Credit Card Account | | | | $ 5,405.28 |
| Account No: <br> Creditor # : 43 <br> Ford Motor Credit <br> PO Box 542000 <br> Omaha NE 68154-8000 | X | Deficiency claims Repossessions of vehicles from Sierra Trucking and end of lease | | | | Unknown |
| Account No: <br> Creditor # : 44 <br> Fyke Washed Sand & Gravel <br> 3448 W. Eleven Mile Road <br> Berkley MI 48072 | X | Business vendor possible guaranty | X | X | | $ 21,690.30 |
| Account No: <br> Creditor # : 45 <br> GBM Recycled Concrete Co. <br> 7644 Whitmore Lake Road <br> Brighton MI 48116 | X | Business vendor possible guaranty | X | X | | $ 19,038.50 |

Sheet No.  7  of    21  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 69,745.71

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_____,     Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: <br> Creditor # : 46 <br> GE Commercial <br> PO Box 142049 <br> Irving TX 75014-2049 | X | | Equipment Loans | | | | *Unknown* |
| Account No:   6326 <br> Creditor # : 47 <br> GE Money Bank <br> PO Box 960061 <br> Orlando FL 32896-0061 | | | Credit Card Purchases | | | | $ 2,186.92 |
| Account No: <br> Creditor # : 48 <br> Gemini Systems <br> PO Box 81850 <br> Rochester MI 48308-1850 | X | | Business vendor possible guaranty | X | X | | $ 607.88 |
| Account No: <br> Creditor # : 49 <br> GMAC <br> PO Box 2182 <br> Greeley CO 80632 | X | | Deficiency claims <br> Repossessed vehicles | | | | *Unknown* |
| Account No: <br> Creditor # : 50 <br> Holly Disposal, Inc. <br> PO Box 209 <br> Grand Blanc MI 48480 | X | | Business vendor possible guaranty | X | X | | $ 16,866.80 |
| Account No: <br> Creditor # : 51 <br> Huntington National Bank <br> PO Box 701096 <br> Cincinnati OH 45270-1096 | X | | Equipment Loans | | | | *Unknown* |

Sheet No.   8   of   21   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 19,661.60

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _Michael J. Byrne_ _____ ,  Case No._____
      **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 52<br>I 75 Aggregates, Inc.<br>14415 CMI Drive<br>Holly MI 48442 | X | | *Business vendor possible guaranty* | X | X | | $ 1,258.73 |
| Account No:<br>Creditor # : 53<br>IMS<br>3881 Paysphere Circle<br>Chicago IL 60674 | X | | *Business vendor possible guaranty* | X | X | | $ 252.98 |
| Account No:<br>Creditor # : 54<br>J & T Aggregate, LLC<br>c/o E&A Contracting<br>34018 Beacon Street<br>Livonia MI 48150 | X | | *Business vendor possible guaranty* | X | X | | $ 8,767.80 |
| Account No:<br>Creditor # : 55<br>J&D Agg<br>7333 Argentine<br>Howell MI 48855 | X | | *Business vendor possible guaranty* | X | X | | $ 860.96 |
| Account No:<br>Creditor # : 56<br>JAM Tire, Inc.<br>6202 Fairfield<br>Northwood OH 43619 | X | | *Business vendor possible guaranty* | X | X | | $ 14,360.38 |
| Account No:<br>Creditor # : 57<br>Jamco Sales, Inc.<br>PO Box 7733<br>Flint MI 48507 | X | | *Business vendor possible guaranty* | X | X | | $ 290.44 |

Sheet No.  _9_  of  _21_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  | $ 25,791.29

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_____ ,    Case No._____
                  **Debtor(s)**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 58 JJ Jinklehemer PO Box 446 Howell MI 48844 | X | | Business vendor possible guaranty | X | X | | $ 1,816.42 |
| **Account No:** Creditor # : 59 Johnston Farm & Composting 5292 Center ROad Linden MI 48451 | X | | Business vendor possible guaranty | X | X | | $ 1,140.00 |
| **Account No:** Creditor # : 60 JR's Sand & Gravel 3640 Nicholson Road Fowlerville MI 48836 | X | | Business vendor possible guaranty | X | X | | $ 1,561.13 |
| **Account No:** Creditor # : 61 K&K Topsoil PO Box 47 Highland MI 48357 | X | | Business vendor possible guaranty | X | X | | $ 3,177.35 |
| **Account No:** Creditor # : 62 Kuehnlein Trucking, Inc. 4609 Stadler Road Monroe MI 48162 | X | | Business vendor possible guaranty | X | X | | $ 1,976.00 |
| **Account No:** Creditor # : 63 L&V Trailer Sales 2655 Burlingame SW Wyoming MI 49509 | X | | Business vendor possible guaranty | X | X | | $ 697.69 |

Sheet No. _10_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    **Subtotal $**      $ 10,368.59

                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ ,                                       Case No._____
       **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 64<br>Lad Equipment, Inc.<br>35548 Industrial<br>Livonia MI 48150 | X | | Business vendor possible guaranty | X | X | | $ 450.00 |
| Account No:<br>Creditor # : 65<br>Levy<br>8800 Dix Avenue<br>Detroit MI 48209 | X | | Business vendor possible guaranty | X | X | | $ 40,910.23 |
| Account No:<br>Creditor # : 66<br>Livingston Aggregate<br>1335 Barron Road<br>PO Box 645<br>Howell MI 48844-0645 | X | | Business vendor possible guaranty | X | X | | $ 709.81 |
| Account No:<br>Creditor # : 67<br>Livingston County Press<br>PO Box 30109<br>Lansing MI 48909 | X | | Business vendor possible guaranty | X | X | | $ 538.21 |
| Account No:    6993<br>Creditor # : 68<br>Lowe's<br>PO BOx 530970<br>Atlanta GA 30353 | X | | Credit Card Purchases | | | | $ 2,611.55 |
| Account No:<br>Creditor # : 69<br>Lukes Trucking<br>PO Box 435 Ortonville, MI<br>Ortonville MI 48462 | X | | Business vendor possible guaranty | X | X | | $ 3,940.12 |

Sheet No. __11__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      **Subtotal $**        $ 49,159.92

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ ,                                    Case No._____
             **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 70 Lyden Oil Company 419 Spring Street Lansing MI 48912 | X | | *Business vendor possible guaranty* | X | X | | $ 984.53 |
| Account No: Creditor # : 71 MacKenzie Crushing, Inc. 3290 Torrey Road Flint MI 48507 | X | | *Business vendor possible guaranty* | X | X | | $ 1,473.90 |
| Account No: Creditor # : 72 Marshall's Art 47921 Jefferson New Baltimore MI 48047 | X | | *Business vendor possible guaranty* | X | X | | $ 450.00 |
| Account No: Creditor # : 73 MCM Management Corp. 7013 Orchard Lake Road Suite 110 West Bloomfield MI 48322-4050 | X | | *Business vendor possible guaranty* | X | X | | $ 18,180.16 |
| Account No: Creditor # : 74 MCPA PO Box 1037 Royal Oak MI 48068 | X | | *Business vendor possible guaranty* | X | X | | $ 690.01 |
| Account No: Creditor # : 75 Michigan Cat Dept. 77576 PO Box 77000 Detroit MI 48277 | X | | *Business vendor possible guaranty* | X | X | | $ 21,399.78 |

Sheet No. _12_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 43,178.38

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ _____ ,     Case No._____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 76 Michigan Crushed Concrete 25012 Plymouth Road Redford MI 48239 | X | | *Business vendor possible guaranty* | X | X | | $ 4,189.29 |
| **Account No:** Creditor # : 77 Michigan Department of State Unit 7064 Crowner Drive Lansing MI 48918 | X | | *Business vendor possible guaranty* | X | X | | $ 42.00 |
| **Account No:** Creditor # : 78 Michigan Dept of Treasury | X | | *Business vendor possible guaranty* | X | X | | $ 1,598.80 |
| **Account No:** Creditor # : 79 Michigan Truck Trader PO Box 25007 Lansing MI 48909 | X | | *Business vendor possible guaranty* | X | X | | $ 213.00 |
| **Account No:** Creditor # : 80 Myers Excavating 8111 Hammel Brighton MI 48116 | X | | *Business vendor possible guaranty* | X | X | | $ 3,668.62 |
| **Account No:** Creditor # : 81 National Trailer Center of MI 38600 Ford Road Westland MI 48185 | X | | *Business vendor possible guaranty* | X | X | | $ 728.46 |

Sheet No. _13_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 10,440.17

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ _____ ,      Case No._____
               **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 82** **Natural Aggregates** **3362 Muir Road** **Milford MI 48380** | X | | *Business vendor possible guaranty* | X | X | | $ 47,998.98 |
| Account No: **Creditor # : 83** **Novi Crushed Concrete** **46900 W. 12 Mile Road** **Novi MI 48377** | X | | *Business vendor possible guaranty* | X | X | | $ 33,323.09 |
| Account No: **Creditor # : 84** **Pacaar Financial** **1901 N. Roselle Road** **Suite 900** **Schaumburg IL 60195** | X | | *Equipment Loans* | | | | *Unknown* |
| Account No:   **0678** **Creditor # : 85** **Paypal Buyer Credit** **PO Box 960080** **Orlando FL 32896-0080** | | | *Credit Card Purchases* | | | | $ 1,021.97 |
| Account No: **Creditor # : 86** **Pitney Bowes** **PO Box 856390** **Louisville KY 40285-6176** | X | | *Business vendor possible guaranty* | X | X | | $ 82.61 |
| Account No:   **1589** **Creditor # : 87** **Polaris** **Dept 7680** **Carol Stream IL 60116** | | | *Deficiency claims* *Two 4-Wheelers Repossessed* | | | | $ 13,054.20 |

Sheet No. __14__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**     $ 95,480.85
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ _____,  Case No._____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | X | X | | $ 33,404.86 |
| Creditor # : 88 Premier Fleet Services PO Box 279 Delphos OH 45833 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | X | X | | $ 1,210.21 |
| Creditor # : 89 Rapid Mulch LLC 2586 Milford Road Highland MI 48356 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | X | X | | $ 6,416.94 |
| Creditor # : 90 Reefer Peterbilt c/o Corporate Billing PO Box 2257 Decatur AL 35609-2257 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | X | X | | $ 1,745.22 |
| Creditor # : 91 Regal Recycling 645 Lucy Road Howell MI 48843 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | X | X | | $ 464.13 |
| Creditor # : 92 RLX Transportation 10139 Green Road Fenton MI 48430 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | X | X | | $ 4,525.00 |
| Creditor # : 93 RMS McGladrey One S. Wacker Drive Suite 800 Chicago IL 60606 | | | Business vendor possible guaranty | | | | |

Sheet No. _15_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 47,766.36

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_____,   Case No._____
           **Debtor(s)**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | | | |
| Creditor # : 94 Rockwood Landfill PO Box 99828 Chicago IL 60696-7628 | | | Business vendor possible guaranty | X | X | | $ 10,222.66 |
| Account No: | X | | | | | | |
| Creditor # : 95 Rowley Brothers, Inc. 3604 Wilder Road PO Box 1115 Bay City MI 48706 | | | Business vendor possible guaranty | X | X | | $ 6,028.69 |
| Account No: | X | | | | | | |
| Creditor # : 96 Royal Truck & Trailer 4840 Wyoming Dearborn MI 48126 | | | Business vendor possible guaranty | X | X | | $ 106.00 |
| Account No: | X | | | | | | |
| Creditor # : 97 Sauk Trail Hills Landfill PO Box 99828 Chicago IL 60696-7628 | | | Business vendor possible guaranty | X | X | | $ 973.81 |
| Account No: | X | | | | | | |
| Creditor # : 98 Screener's Sand & Gravel 110 Swarthout Pinckney MI 48169 | | | Business vendor possible guaranty | X | X | | $ 744.10 |
| Account No: | X | | | | | | |
| Creditor # : 99 Selective Soils 24475 Tara Drive South Lyon MI 48178 | | | Business vendor possible guaranty | X | X | | $ 5,484.00 |

Sheet No. _16_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  **Subtotal $**          **$ 23,559.26**

                                                     **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _Michael J. Byrne_ _____,  Case No._____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 100 <br> Sierra Trucking, Inc. | | | Loan by company to Debtor | | | | $ 144,229.00 |
| Account No: <br> Creditor # : 101 <br> SMVF Law Offices <br> 37000 Grand River <br> Suite 350 <br> Farmington MI 48335 | X | | Business vendor possible guaranty | X | X | | $ 2,295.14 |
| Account No: <br> Creditor # : 102 <br> Southeast Petroleum <br> PO Box 1958 <br> Brighton MI 48116 | X | | Business vendor possible guaranty | X | X | | $ 16,473.55 |
| Account No: <br> Creditor # : 103 <br> Southwest Brake & Parts <br> 951 S. Dix Street <br> Detroit MI 48216 | X | | Business vendor possible guaranty | X | X | | $ 36,881.88 |
| Account No: <br> Creditor # : 104 <br> Spring Aggregate <br> PO Box 186 <br> Fenton MI 48430 | X | | Business vendor possible guaranty | | | | $ 1,905.78 |
| Account No: <br> Creditor # : 105 <br> Sprint <br> PO Box 4191 <br> Carol Stream IL 60197-4191 | X | | Business vendor possible guaranty | X | X | | $ 1,603.08 |

Sheet No. _17_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal $**      $ 203,388.43

                                                         **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re __Michael J. Byrne_____,     Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 106 <br> *Stansley Mineral Resources* <br> *7880 W. Central Ave.* <br> *Toledo OH 43617* | X | *Business vendor possible guaranty* | X | X | | $ 5,812.97 |
| Account No:     3266 <br> Creditor # : 107 <br> *Staples* <br> *PO Box 689020* <br> *Des Moines IA 50368* | X | *Business Credit Card Account* | | | | $ 3,312.38 |
| Account No: <br> Creditor # : 108 <br> *State Wire and Terminal Inc.* <br> *16140 Dixie Hwy* <br> *Davisburg MI 48350-1004* | X | *Business vendor possible guaranty* | X | X | | $ 890.70 |
| Account No: <br> Creditor # : 109 <br> *Statewide Starter & Alternator* <br> *6855 High Pine Drive* <br> *Davisburg MI 48350-1004* | X | *Business vendor possible guaranty* | X | X | | $ 710.20 |
| Account No: <br> Creditor # : 110 <br> *Stuart, Franey, Matthews &* <br> *Chantres PC* <br> *28525 Orchard Lake Road* <br> *Farmington MI 48334* | X | *Business vendor possible guaranty* | X | X | | $ 19,790.00 |
| Account No: <br> Creditor # : 111 <br> *Sullivan and Leavitt, PC* <br> *PO Box 5490* <br> *Northville MI 48167-5490* | X | *Business vendor possible guaranty* | X | X | | $ 8,755.18 |

Sheet No. __18__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 39,271.43

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ _____ ,   Case No. _____
        **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | X | X | | $ 5,200.68 |
| Creditor # : 112 Sunset Sand & Gravel 12641 Stark Road Livonia MI 48150 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | | | | Unknown |
| Creditor # : 113 TCF Finance 11100 Wayzata Blvd. Suite 800 Hopkins MN 55305 | | | Equipment Loans | | | | |
| Account No: | X | | | X | X | | $ 2,014.09 |
| Creditor # : 114 Terminal Supply Co. PO Box 1253 Troy MI 48099 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | X | X | | $ 480.00 |
| Creditor # : 115 United Soils, Inc. 16171 31 Mile Road Ray MI 48096 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | X | X | | $ 115.69 |
| Creditor # : 116 UPS Lockbox 577 Carol Stream IL 60132 | | | Business vendor possible guaranty | | | | |
| Account No: | X | | | | | | Unknown |
| Creditor # : 117 US Bank PO Box 2188 Oshkosh WI 54903-2188 | | | Deficiency claims Repossessed vehicle | | | | |

Sheet No. _19_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 7,810.46

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ ,                Case No._____
           **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 118 *Valley Truck Parts* *1900 Chicago Drive SW* *Wyoming MI 49509* | X | | *Business vendor possible guaranty* | X | X | | $ 8,190.05 |
| **Account No:** Creditor # : 119 *Veolia Environmental Services* *10690 W. Six Mile ROad* *Northville MI 48168* | X | | *Business vendor possible guaranty* | X | X | | $ 19,422.50 |
| **Account No:** Creditor # : 120 *Verizon Wireless* *PO Box 15040* *Albany NY 12212-5040* | X | | *Business vendor possible guaranty* | X | X | | $ 154.16 |
| **Account No:** Creditor # : 121 *Waterland Trucking Services* *PO Box 930335* *Wixom MI 48393-0335* | X | | *Business vendor possible guaranty* | X | X | | $ 878.63 |
| **Account No:** 7430 Creditor # : 122 *Wells Fargo* *PO Box 348750* *Sacramento CA 95834* | X | | *Business Credit Card Account* | | | | $ 15,387.36 |
| **Account No:** Creditor # : 123 *Wells Fargo Equipment* *1540 Fountainhead* *Tempe AZ 85282* | X | | *Equipment Loans* | | | | *Unknown* |

Sheet No. _20_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 44,032.70

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Michael J. Byrne_ , Case No._____
<u>            Debtor(s)            </u>                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 124 <br> Whiteford Kenworth <br> PO Box 76 <br> South Bend IN 46624-0076 | X | | Business vendor possible guaranty | X | X | | $ 2,189.34 |
| **Account No:** <br> Creditor # : 125 <br> Wixom Towing <br> 30290 Beck Road <br> Wixom MI 48393 | X | | Business vendor possible guaranty | X | X | | $ 400.84 |
| **Account No:** 2957 <br> Creditor # : 126 <br> Wright-Patt <br> PO Box 286 <br> Fairborn OH 45324 | | | Deficiency claims <br> Repossessed motorcycle | | | | $ 26,547.61 |
| **Account No:** <br> Creditor # : 127 <br> Zep Manufacturing <br> 13237 Collections Center Drive <br> Chicago IL 60693 | X | | Business vendor possible guaranty | X | X | | $ 199.94 |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |

Sheet No. _21_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 29,337.73 |
| **Total $** <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 1,152,619.29 |

In re _Michael J. Byrne_ _____ / Debtor     Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _David & Mary Hawks_<br>_3548 Prescott_<br>_Howell MI  48843_ | Contract Type: _Residential lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _$1640/month, month to month for 3548 Prescott Drive_<br>Buyout Option: |

Page _1_ of _1_

In re _Michael J. Byrne_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Sierra Trucking, Inc._<br>_6801 Sharpe_<br>_Fowlerville MI   48836_ | _11 Mile Truck_<br>_1750 E. 11 Mile Road_<br>_Madison Heights MI   48071_<br><br>_1st Ayd_<br>_1325 Gateway Drive_<br>_Elgin IL   60123_<br><br>_A & E Agg of Canton Inc._<br>_3448 W. 11 Mile Road_<br>_Berkley MI   48072_<br><br>_Absopure Water Company_<br>_Dept. 11 168656_<br>_PO Box 701760_<br>_Plymouth MI   48170_<br><br>_Advanced Electronics_<br>_200 E. Grand River_<br>_Brighton MI   48116_<br><br>_Aggregate Industries_<br>_Central PO Box 933105_<br>_Atlanta GA   31193_<br><br>_Airgas Great Lakes_<br>_PO Box 802576_<br>_Chicago IL   60680-2576_<br><br>_All Points_<br>_275 Broadhollow Road_<br>_Melville NY   11747_<br><br>_AT&T_<br>_PO Box 8100_<br>_Aurora IL   60507-8100_ |

Page _1_ of _11_

In re _Michael J. Byrne_ _____ / Debtor     Case No. _____
                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _Atlas Oil Company_<br>_PO Box 672992_<br>_Detroit MI  48267-2992_ |
| _Sierra Trucking, Inc....continued_ | _Auto Truck Equipment Company_<br>_15970 Common Road_<br>_Roseville MI  48066_ |
| | _Bank of America_<br>_PO Box 26078_<br>_Greensboro NC  27420_ |
| | _Bank of America_<br>_PO Box 15710_<br>_Wilmington DE  19850_ |
| | _Belle Tire_<br>_PO Box 64000_<br>_Detroit MI  48264-1612_ |
| | _BJ Forest Trucking, Inc._<br>_PO Box 116_<br>_Metamora MI  48455_ |
| | _Bridgestone Firestone Retail_<br>_2727 Lippincott_<br>_Flint MI  48507_ |
| | _Brighton Ford_<br>_8240 W. Grand Blvd_<br>_Brighton MI  48114_ |
| | _Brighton Garage Door_<br>_4556 Richardson Road_<br>_Howell MI  48843_ |
| | _C&M Wire Rope & Supply_<br>_3347 E. Bristol Road_<br>_Burton MI  48529_ |
| | _CAM_<br>_PO Box 3204_<br>_Bloomfield Hills MI  48302-3204_ |
| | _Capital One_<br>_PO Box 5294_<br>_Carol Stream IL  60197_ |

In re <u>**Michael J. Byrne**</u>                                    / Debtor          Case No. _____

                                                                                                (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Sierra Trucking, Inc....continued* | *Capital One*<br>*PO Box 105131*<br>*Atlanta GA  30348*<br><br>*Cat Financial*<br>*2120 West End Ave.*<br>*PO Box 34001*<br>*Nashville TN  37203*<br><br>*CBA Tire*<br>*PO Box 5948*<br>*Carol Stream IL  60197*<br><br>*Charter*<br>*PO Box 3019*<br>*Milwaukee WI  53201*<br><br>*Cintas*<br>*PO Box 511110*<br>*Livonia MI  48151*<br><br>*Citizens Bank*<br>*27725 Stansbury, Suite 195*<br>*Farmington MI  48334*<br><br>*Citizens Bank*<br>*PO Box 4104406*<br>*Salt Lake City UT  84141*<br><br>*Concentra Medical Centers*<br>*PO Box 5106*<br>*Southfield MI  48086*<br><br>*Cronatron Welding*<br>*5203 Paysphere Circle*<br>*Chicago IL  60674*<br><br>*Culver Excavating*<br>*3113 N. Wallace Road*<br>*Webberville MI  48892*<br><br>*Delvins Tech Supply*<br>*60475 Trebor*<br>*South Lyon MI  48178* |

In re _Michael J. Byrne_ _____ / Debtor     Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| _Sierra Trucking, Inc....continued_ | _Duncan Disposal Systems LLC_<br>_PO Box 727_<br>_South Lyon MI   48178_<br><br>_E. Michigan Trailer Sales_<br>_3960 West Ford Street_<br>_Detroit MI   48216_<br><br>_Eastern Michigan Kenworth_<br>_3031 Wyoming_<br>_Dearborn MI   48120_<br><br>_ExSpec_<br>_1070 Grant Street_<br>_Fenton MI   48430_<br><br>_Fastenal_<br>_PO Box 978_<br>_Winona MN   55987-0978_<br><br>_Fenton Sand & Gravel_<br>_11195 Denton Hill Road_<br>_Fenton MI   48430_<br><br>_First Equity_<br>_PO Box 23029_<br>_Columbus GA   31902_<br><br>_Ford Motor Credit_<br>_PO Box 542000_<br>_Omaha NE   68154-8000_<br><br>_Fyke Washed Sand & Gravel_<br>_3448 W. Eleven Mile Road_<br>_Berkley MI   48072_<br><br>_GBM Recycled Concrete Co._<br>_7644 Whitmore Lake Road_<br>_Brighton MI   48116_<br><br>_GE Commercial_<br>_PO Box 142049_<br>_Irving TX   75014-2049_<br><br>_Gemini Systems_<br>_PO Box 81850_<br>_Rochester MI   48308-1850_ |

In re _Michael J. Byrne_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Sierra Trucking, Inc....continued_ | _GMAC_<br>_PO Box 2182_<br>_Greeley CO 80632_<br><br>_Holly Disposal, Inc._<br>_PO Box 209_<br>_Grand Blanc MI 48480_<br><br>_Huntington National Bank_<br>_PO Box 701096_<br>_Cincinnati OH 45270-1096_<br><br>_I 75 Aggregates, Inc._<br>_14415 CMI Drive_<br>_Holly MI 48442_<br><br>_IMS_<br>_3881 Paysphere Circle_<br>_Chicago IL 60674_<br><br>_J & T Aggregate, LLC_<br>_c/o E&A Contracting_<br>_34018 Beacon Street_<br>_Livonia MI 48150_<br><br>_J&D Agg_<br>_7333 Argentine_<br>_Howell MI 48855_<br><br>_JAM Tire, Inc._<br>_6202 Fairfield_<br>_Northwood OH 43619_<br><br>_Jamco Sales, Inc._<br>_PO Box 7733_<br>_Flint MI 48507_<br><br>_JJ Jinklehemer_<br>_PO Box 446_<br>_Howell MI 48844_<br><br>_Johnston Farm & Composting_<br>_5292 Center ROad_<br>_Linden MI 48451_ |

In re _Michael J. Byrne_ _____ / Debtor    Case No. _____

                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *JR's Sand & Gravel*<br>*3640 Nicholson Road*<br>*Fowlerville MI  48836* |
| *Sierra Trucking, Inc....continued* | *K&K Topsoil*<br>*PO Box 47*<br>*Highland MI  48357* |
| | *Kuehnlein Trucking, Inc.*<br>*4609 Stadler Road*<br>*Monroe MI  48162* |
| | *L&V Trailer Sales*<br>*2655 Burlingame SW*<br>*Wyoming MI  49509* |
| | *Lad Equipment, Inc.*<br>*35548 Industrial*<br>*Livonia MI  48150* |
| | *Levy*<br>*8800 Dix Avenue*<br>*Detroit MI  48209* |
| | *Livingston Aggregate*<br>*1335 Barron Road*<br>*PO Box 645*<br>*Howell MI  48844-0645* |
| | *Livingston County Press*<br><br>*PO Box 30109*<br>*Lansing MI  48909* |
| | *Lowe's*<br>*PO BOx 530970*<br>*Atlanta GA  30353* |
| | *Lukes Trucking*<br>*PO Box 435 Ortonville, MI*<br>*Ortonville MI  48462* |
| | *Lyden Oil Company*<br>*419 Spring Street*<br>*Lansing MI  48912* |

In re _Michael J. Byrne_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _MacKenzie Crushing, Inc._<br>_3290 Torrey Road_<br>_Flint MI  48507_ |
| _Sierra Trucking, Inc....continued_ | _Marshall's Art_<br>_47921 Jefferson_<br>_New Baltimore MI  48047_ |
| | _MCM Management Corp._<br>_7013 Orchard Lake Road_<br>_Suite 110_<br>_West Bloomfield MI  48322-4050_ |
| | _MCPA_<br>_PO Box 1037_<br>_Royal Oak MI  48068_ |
| | _Michigan Cat_<br>_Dept. 77576_<br>_PO Box 77000_<br>_Detroit MI  48277_ |
| | _Michigan Crushed Concrete_<br>_25012 Plymouth Road_<br>_Redford MI  48239_ |
| | _Michigan Department of State_<br>_Unit 7064 Crowner Drive_<br>_Lansing MI  48918_ |
| | _Michigan Dept of Treasury_ |
| | _Michigan Truck Trader_<br>_PO Box 25007_<br>_Lansing MI  48909_ |
| | _Myers Excavating_<br>_8111 Hammel_<br>_Brighton MI  48116_ |
| | _National Trailer Center of MI_<br>_38600 Ford Road_<br>_Westland MI  48185_ |

In re <u>*Michael J. Byrne*</u>                                    / Debtor        Case No. _____

                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Natural Aggregates*<br>*3362 Muir Road*<br>*Milford MI   48380* |
| *Sierra Trucking, Inc....continued* | *Novi Crushed Concrete*<br>*46900 W. 12 Mile Road*<br>*Novi MI   48377* |
| | *Pacaar Financial*<br>*1901 N. Roselle Road*<br>*Suite 900*<br>*Schaumburg IL   60195* |
| | *Pitney Bowes*<br>*PO Box 856390*<br>*Louisville KY   40285-6176* |
| | *Premier Fleet Services*<br>*PO Box 279*<br>*Delphos OH   45833* |
| | *Rapid Mulch LLC*<br>*2586 Milford Road*<br>*Highland MI   48356* |
| | *Reefer Peterbilt*<br>*c/o Corporate Billing*<br>*PO Box 2257*<br>*Decatur AL   35609-2257* |
| | *Regal Recycling*<br>*645 Lucy Road*<br>*Howell MI   48843* |
| | *RLX Transportation*<br>*10139 Green Road*<br>*Fenton MI   48430* |
| | *RMS McGladrey*<br>*One S. Wacker Drive*<br>*Suite 800*<br>*Chicago IL   60606* |
| | *Rockwood Landfill*<br>*PO Box 99828*<br>*Chicago IL   60696-7628* |

Page   *8*   of   *11*

In re _Michael J. Byrne_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Sierra Trucking, Inc....continued_ | _Rowley Brothers, Inc._<br>_3604 Wilder Road_<br>_PO Box 1115_<br>_Bay City MI   48706_<br><br>_Royal Truck & Trailer_<br>_4840 Wyoming_<br>_Dearborn MI   48126_<br><br>_Sauk Trail Hills Landfill_<br>_PO Box 99828_<br>_Chicago IL   60696-7628_<br><br>_Screener's Sand & Gravel_<br>_110 Swarthout_<br>_Pinckney MI   48169_<br><br>_Selective Soils_<br>_24475 Tara Drive_<br>_South Lyon MI   48178_<br><br>_SMVF Law Offices_<br>_37000 Grand River_<br>_Suite 350_<br>_Farmington MI   48335_<br><br>_Southeast Petroleum_<br>_PO Box 1958_<br>_Brighton MI   48116_<br><br>_Southwest Brake & Parts_<br>_951 S. Dix Street_<br>_Detroit MI   48216_<br><br>_Spring Aggregate_<br>_PO Box 186_<br>_Fenton MI   48430_<br><br>_Sprint_<br>_PO Box 4191_<br>_Carol Stream IL   60197-4191_<br><br>_Stansley Mineral Resources_<br>_7880 W. Central Ave._<br>_Toledo OH   43617_ |

In re _Michael J. Byrne_ _____ / Debtor     Case No. _____

                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Sierra Trucking, Inc....continued_ | _Staples_<br>_PO Box 689020_<br>_Des Moines IA   50368_<br><br>_State Wire and Terminal Inc._<br>_16140 Dixie Hwy_<br>_Davisburg MI   48350-1004_<br><br>_Statewide Starter & Alternator_<br>_6855 High Pine Drive_<br>_Davisburg MI   48350-1004_<br><br>_Stuart, Franey, Matthews &_<br>_Chantres PC_<br>_28525 Orchard Lake Road_<br>_Farmington MI   48334_<br><br>_Sullivan and Leavitt, PC_<br>_PO Box 5490_<br>_Northville MI   48167-5490_<br><br>_Sunset Sand & Gravel_<br>_12641 Stark Road_<br>_Livonia MI   48150_<br><br>_TCF Finance_<br>_11100 Wayzata Blvd. Suite 800_<br>_Hopkins MN   55305_<br><br>_Terminal Supply Co._<br>_PO Box 1253_<br>_Troy MI   48099_<br><br>_United Soils, Inc._<br>_16171 31 Mile Road_<br>_Ray MI   48096_<br><br>_UPS_<br>_Lockbox 577_<br>_Carol Stream IL   60132_<br><br>_US Bank_<br>_PO Box 2188_<br>_Oshkosh WI   54903-2188_ |

In re _Michael J. Byrne_ _____ / Debtor    Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| _Sierra Trucking, Inc....continued_ | _Valley Truck Parts_<br>_1900 Chicago Drive SW_<br>_Wyoming MI   49509_<br><br>_Veolia Environmental Services_<br>_10690 W. Six Mile ROad_<br>_Northville MI   48168_<br><br>_Verizon Wireless_<br>_PO Box 15040_<br>_Albany NY   12212-5040_<br><br>_Waterland Trucking Services_<br>_PO Box 930335_<br>_Wixom MI   48393-0335_<br><br>_Wells Fargo_<br>_PO Box 348750_<br>_Sacramento CA   95834_<br><br>_Wells Fargo Equipment_<br>_1540 Fountainhead_<br>_Tempe AZ   85282_<br><br>_Whiteford Kenworth_<br>_PO Box 76_<br>_South Bend IN   46624-0076_<br><br>_Wixom Towing_<br>_30290 Beck Road_<br>_Wixom MI   48393_<br><br>_Zep Manufacturing_<br>_13237 Collections Center Drive_<br>_Chicago IL   60693_ |

In re _Michael J. Byrne_ _____ ,   Case No. _____
                          **Debtor(s)**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Unemployed_ | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
|     (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
|     (Specify): _Rent from Canfield Property_ | $ 1,650.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,650.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 1,650.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $                1,650.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re _Michael J. Byrne_ ,
**Debtor(s)**

Case No. _____
(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,700.00 |
|     a. Are real estate taxes included?   Yes ☐   No ☒ | |
|     b. Is property insurance included?   Yes ☐   No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
|     b. Water and sewer | $ 0.00 |
|     c. Telephone | $ 117.00 |
|     d. Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 300.00 |
| 4. Food | $ 200.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 129.33 |
|     c. Health | $ 240.00 |
|     d. Auto | $ 0.00 |
|     e. Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 400.00 |
|     b. Other: | $ 0.00 |
|     c. Other: | $ 0.00 |
|     d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 360.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: _Mortage payment for rental_ | $ 2,318.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules | $ 6,564.33 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Average monthly income from Line 16 of Schedule I | $ 1,650.00 |
|     b. Average monthly expenses from Line 18 above | $ 6,564.33 |
|     c. Monthly net income (a. minus b.) | $ (4,914.33) |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: *Michael J. Byrne*                                                          Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

*Year to date: $23,900.00*
*2007: $75,501.00*
*2006: $129,498.00*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *08-2700GC Southeast Petroleum Company, Inc. v. Sierra Trucking, Inc and Michael Byrne* | *breach of contract claim* | *53rd Judicial District, 204 S. Highlander Way, Suite 100, Howell, MI 48843* | *pending* |
| *Atlas Oil v. Sierra Trucking, Inc and Michael Byrne* | *breach of contract claim* | | |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Ford Motor Credit* *Address: PO Box 542000, Omaha, NE 68154-8000* | *8/2008* | *Description: 2008 F-350* |
| *Name:US Bank* *Address: PO Box 2188, Oshkosh, WI 54903-2188* | *8/2008* | *Description: 2005 Ford F-350* |
| *Name: Polaris* *Address: Dept 7680, Carol Stream, IL 60116* | *8/2008* | *Description: 2 - 4 wheelers* |
| *Name: Wrigtht-Pratt* *Address: PO Box 286, Fairborn, OH 45324* | *8/2008* | *Description: Motorcycle* |

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Schneider Miller, PC*<br>*Address:*<br>*645 Griswold*<br>*Suite 3900*<br>*Detroit, MI 48226* | *Date of Payment: 8/2008*<br>*Payor: Sierra Trucking, Inc.* | *$3,500.00* |

## 10. Other transfers

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒   List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None

☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Sierra Trucking, Inc.* | 38-3476015 | *6801 Sharpe, Fowlerville, MI 48836* | *Trucking and transport* | *6/1999 through 9/2008* |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| *Dublin Enterprises, LLC* | *ID:* | | *real estate holding company* | |

**None** ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

**None** ☒  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**None** ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**None** ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**None** ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

**None** ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *09/08/2008*       Signature  */s/ Michael J. Byrne*
                                      of Debtor

Date                         Signature
                                        of Joint Debtor
                                        (if any)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Michael J. Byrne*

Case No.

Chapter **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *2004 22' Chaparelle* | *Bank of America* | X | | | |
| *2004 Harley Davidson* | *Harley Davidson Credit* | | X | | |
| *3548 Prescott Drive, Howell, MI* | *Countrywide Homeloans* | | X | | |
| *"* | *Countrywide Homeloans* | | X | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *09/08/2008*

Debtor: */s/ Michael J. Byrne*

Date: _____

Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re *Michael J. Byrne*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: **Kimberly Ross Clayson**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *09/08/2008*
_____

/s/ *Michael J. Byrne*
_____
Debtor

11 Mile Truck
1750 E. 11 Mile Road
Madison Heights, MI   48071


1st Ayd
1325 Gateway Drive
Elgin, IL   60123


A & E Agg of Canton Inc.
3448 W. 11 Mile Road
Berkley, MI   48072


Absopure Water Company
Dept. 11 168656
PO Box 701760
Plymouth, MI   48170


Advanced Electronics
200 E. Grand River
Brighton, MI   48116


Aggregate Industries
Central PO Box 933105
Atlanta, GA   31193


Airgas Great Lakes
PO Box 802576
Chicago, IL   60680-2576


All Points
275 Broadhollow Road
Melville, NY   11747


AT&T
PO Box 8100
Aurora, IL   60507-8100


Atlas Oil Company
PO Box 672992
Detroit, MI   48267-2992


Auto Truck Equipment Company
15970 Common Road
Roseville, MI   48066

Bank of America
PO Box 15726
Atlanta, GA  30353-8610


Bank of America
PO Box 15726
Wilmington, DE  19886-5726


Bank of America
PO Box 15710
Wilmington, DE  19850


Bank of America
PO Box 26078
Greensboro, NC  27420


Belle Tire
PO Box 64000
Detroit, MI  48264-1612


BJ Forest Trucking, Inc.
PO Box 116
Metamora, MI  48455


Bridgestone Firestone Retail
2727 Lippincott
Flint, MI  48507


Brighton Ford
8240 W. Grand Blvd
Brighton, MI  48114


Brighton Garage Door
4556 Richardson Road
Howell, MI  48843


C&M Wire Rope & Supply
3347 E. Bristol Road
Burton, MI  48529


CAM
PO Box 3204
Bloomfield Hills, MI  48302-3204

Capital One
PO Box 5294
Carol Stream, IL  60197


Capital One
PO Box 105131
Atlanta, GA  30348


Cat Financial
2120 West End Ave.
PO Box 34001
Nashville, TN  37203


CBA Tire
PO Box 5948
Carol Stream, IL  60197


Charter
PO Box 3019
Milwaukee, WI  53201


Chase
PO Box94014
Palatine, IL  60094-4014


Cintas
PO Box 511110
Livonia, MI  48151


Citizens Bank
PO Box 4104406
Salt Lake City, UT  84141


Citizens Bank
27725 Stansbury, Suite 195
Farmington, MI  48334


Coface Collections N. America
PO Box 8510
Metairie, LA  70011-8510


Concentra Medical Centers
PO Box 5106
Southfield, MI  48086

Countrywide Homeloans
PO Box 650070
Dallas, TX  75265-0070


Cronatron Welding
5203 Paysphere Circle
Chicago, IL  60674


Culver Excavating
3113 N. Wallace Road
Webberville, MI  48892


David & Mary Hawks
3548 Prescott
Howell, MI  48843


Delvins Tech Supply
60475 Trebor
South Lyon, MI  48178


Duncan Disposal Systems LLC
PO Box 727
South Lyon, MI  48178


E. Michigan Trailer Sales
3960 West Ford Street
Detroit, MI  48216


Eastern Michigan Kenworth
3031 Wyoming
Dearborn, MI  48120


ExSpec
1070 Grant Street
Fenton, MI  48430


Fastenal
PO Box 978
Winona, MN  55987-0978


Fenton Sand & Gravel
11195 Denton Hill Road
Fenton, MI  48430

FIA Card Services
PO Box 15726
Wilmington, DE  19886-5726


First Equity
PO Box 23029
Columbus, GA  31902


Ford Motor Credit
PO Box 542000
Omaha, NE  68154-8000


Fyke Washed Sand & Gravel
3448 W. Eleven Mile Road
Berkley, MI  48072


GBM Recycled Concrete Co.
7644 Whitmore Lake Road
Brighton, MI  48116


GE Commercial
PO Box 142049
Irving, TX  75014-2049


GE Money Bank
PO Box 960061
Orlando, FL  32896-0061


Gemini Systems
PO Box 81850
Rochester, MI  48308-1850


GMAC
PO Box 2182
Greeley, CO  80632


Harley Davidson Credit
8592 Innovation Way
Chicago, IL  60682-0085


Holly Disposal, Inc.
PO Box 209
Grand Blanc, MI  48480

Huntington National Bank
PO Box 701096
Cincinnati, OH  45270-1096


I 75 Aggregates, Inc.
14415 CMI Drive
Holly, MI  48442


IMS
3881 Paysphere Circle
Chicago, IL  60674


J & T Aggregate, LLC
c/o E&A Contracting
34018 Beacon Street
Livonia, MI  48150


J&D Agg
7333 Argentine
Howell, MI  48855


JAM  Tire, Inc.
6202 Fairfield
Northwood, OH  43619


Jamco  Sales, Inc.
PO Box 7733
Flint, MI  48507


JJ Jinklehemer
PO Box 446
Howell, MI  48844


Johnston Farm & Composting
5292 Center ROad
Linden, MI  48451


JR's Sand & Gravel
3640 Nicholson Road
Fowlerville, MI  48836


K&K Topsoil
PO Box 47
Highland, MI  48357

Kuehnlein Trucking, Inc.
4609 Stadler Road
Monroe, MI  48162


L&V Trailer Sales
2655 Burlingame SW
Wyoming, MI  49509


Lad Equipment, Inc.
35548 Industrial
Livonia, MI  48150


Levy
8800 Dix Avenue
Detroit, MI  48209


Livingston Aggregate
1335 Barron Road
PO Box 645
Howell, MI  48844-0645


Livingston County Press
PO Box 30109
Lansing, MI  48909


Lowe's
PO BOx 530970
Atlanta, GA  30353


Lukes Trucking
PO Box 435 Ortonville, MI
Ortonville, MI  48462


Lyden Oil Company
419 Spring Street
Lansing, MI  48912


MacKenzie Crushing, Inc.
3290 Torrey Road
Flint, MI  48507


Marshall's Art
47921 Jefferson
New Baltimore, MI  48047

MCM Management Corp.
7013 Orchard Lake Road
Suite 110
West Bloomfield, MI   48322-4050


MCPA
PO Box 1037
Royal Oak, MI   48068


Michigan Cat
Dept. 77576
PO Box 77000
Detroit, MI   48277


Michigan Crushed Concrete
25012 Plymouth Road
Redford, MI   48239


Michigan Department of State
Unit 7064 Crowner Drive
Lansing, MI   48918


Michigan Dept of Treasury


Michigan Truck Trader
PO Box 25007
Lansing, MI   48909


Myers Excavating
8111 Hammel
Brighton, MI   48116


National Trailer Center of MI
38600 Ford Road
Westland, MI   48185


Natural Aggregates
3362 Muir Road
Milford, MI   48380


Novi Crushed Concrete
46900 W. 12 Mile Road
Novi, MI   48377

Pacaar Financial
1901 N. Roselle Road
Suite 900
Schaumburg, IL  60195


Paypal Buyer Credit
PO Box 960080
Orlando, FL  32896-0080


Pitney Bowes
PO Box 856390
Louisville, KY  40285-6176


Polaris
Dept 7680
Carol Stream, IL  60116


Premier Fleet Services
PO Box 279
Delphos, OH  45833


Rapid Mulch LLC
2586 Milford Road
Highland, MI  48356


Reefer Peterbilt
c/o Corporate Billing
PO Box 2257
Decatur, AL  35609-2257


Regal Recycling
645 Lucy Road
Howell, MI  48843


RLX Transportation
10139 Green Road
Fenton, MI  48430


RMS McGladrey
One S. Wacker Drive
Suite 800
Chicago, IL  60606


Rockwood Landfill
PO Box 99828
Chicago, IL  60696-7628

Rowley Brothers, Inc.
3604 Wilder Road
PO Box 1115
Bay City, MI  48706


Royal Truck & Trailer
4840 Wyoming
Dearborn, MI  48126


Sauk Trail Hills Landfill
PO Box 99828
Chicago, IL  60696-7628


Screener's Sand & Gravel
110 Swarthout
Pinckney, MI  48169


Selective Soils
24475 Tara Drive
South Lyon, MI  48178


Sierra Trucking, Inc.
6801 Sharpe
Fowlerville, MI  48836


SMVF Law Offices
37000 Grand River
Suite 350
Farmington, MI  48335


Southeast Petroleum
PO Box 1958
Brighton, MI  48116


Southwest Brake & Parts
951 S. Dix Street
Detroit, MI  48216


Spring Aggregate
PO Box 186
Fenton, MI  48430


Sprint
PO Box 4191
Carol Stream, IL  60197-4191

Stansley Mineral Resources
7880 W. Central Ave.
Toledo, OH 43617


Staples
PO Box 689020
Des Moines, IA 50368


State Wire and Terminal Inc.
16140 Dixie Hwy
Davisburg, MI 48350-1004


Statewide Starter & Alternator
6855 High Pine Drive
Davisburg, MI 48350-1004


Stuart, Franey, Matthews &
Chantres PC
28525 Orchard Lake Road
Farmington, MI 48334


Sullivan and Leavitt, PC
PO Box 5490
Northville, MI 48167-5490


Sunset Sand & Gravel
12641 Stark Road
Livonia, MI 48150


TCF Finance
11100 Wayzata Blvd. Suite 800
Hopkins, MN 55305


Terminal Supply Co.
PO Box 1253
Troy, MI 48099


United Soils, Inc.
16171 31 Mile Road
Ray, MI 48096


UPS
Lockbox 577
Carol Stream, IL 60132

US Bank
PO Box 2188
Oshkosh, WI  54903-2188


Valley Truck Parts
1900 Chicago Drive SW
Wyoming, MI  49509


Veolia Environmental Services
10690 W. Six Mile ROad
Northville, MI  48168


Verizon Wireless
PO Box 15040
Albany, NY  12212-5040


Waterland Trucking Services
PO Box 930335
Wixom, MI  48393-0335


Wells Fargo
PO Box 348750
Sacramento, CA  95834


Wells Fargo Equipment
1540 Fountainhead
Tempe, AZ  85282


Whiteford Kenworth
PO Box 76
South Bend, IN  46624-0076


Wixom Towing
30290 Beck Road
Wixom, MI  48393


Wright-Patt
PO Box 286
Fairborn, OH  45324


Zep Manufacturing
13237 Collections Center Drive
Chicago, IL  60693